UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT P. CLINE,

       Plaintiff

v.

DERAMUS FRANCE,

       Defendant.
_____/

Case No. 5:16-CV-14332
District Judge Linda V. Parker
Magistrate Judge Anthony P. Patti

## **ORDER GRANTING AS UNOPPOSED DEFENDANT'S MOTION TO TAKE PLAINTIFF'S DEPOSITION (DE 17)**

Pending is Defendant's November 1, 2017 motion to depose *pro se* Plaintiff. (DE 17.) Permission of the Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B) because Plaintiff is incarcerated. Plaintiff has not responded to the motion and the time for doing so under LR 7.1 has expired. The motion therefore may be granted as unopposed.

Thus, upon the reading and filing of Defendant's Motion for Leave to Take Plaintiff's Deposition Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), and otherwise, being fully advised in the premises; **IT IS HEREBY ORDERED** that Defendant's Motion for Leave to Take Plaintiff's Deposition Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) (DE 17) is **GRANTED AS UNOPPOSED**, and Defendant shall be permitted to take the deposition of the Plaintiff for all

purposes allowed by the Federal Rules of Civil Procedure. The deposition may occur either in person, by telephone, or via video teleconference, at Defendant's option and consistent with the requirements and needs of Plaintiff's place of incarceration.

**IT IS SO ORDERED.**

Dated: November 29, 2017

s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

## Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on November 29, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti